## Case No. 462.

### ANONYMOUS.

[2 N. B. R. (1869,) 141, (Quarto, 53.)]

District Court, N. D. New York.

BANKRUPTCY—SCHEDULE OF CREDITORS—NEWSPAPERS.

[In a bankrupt's schedule of creditors containing debts owing to newspapers, the names of the proprietors of the newspapers should be given, and not the names of the newspapers only.]

In bankruptcy. Register Sprague, of the northern district of New York, stated that a petition has been presented to him for certification, and that the schedule of creditors contained the names of sundry newspapers to which the debtor was owing debts, but the names of the proprietors of the papers were not given, and he was in doubt whether he ought to grant a certificate.

HALL, District Judge, said he was of opinion that the names of the proprietors must be given in order to comply with the act; that the owners of the paper and not the paper were the creditors.

It was also questioned whether a schedule which gave the residence of creditors in abbreviations, as "Mich." for Michigan, "N. Y." for New York, could be certified. The judge remarked that he could not decide the points ex parte, but intimated that general order number fourteen did not allow of abbreviations or interlineations in the schedule.